# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:18CR203 |
| V. | ORDER |
| TERRANCE TERRELL CHANDLER | |

This MATTER is before the Court on Defendant's Pending Motion, (Doc. No.24) Motion to Modify Sentence/Correct Sentence Under Rule 36.

This correction was made in Amended Judgment (Doc#26 on December 3, 2019.

IT IS ORDERED, that Defendant's Motion (Doc. No. 24) is **GRANTED AND CORRECTED.**

Signed: October 22, 2021

Frank D. Whitney
United States District Judge